May Term, 1861.

PICKLE v. BYERS.

---

PICKLE and Another *v.* BYERS.

APPEAL from the *Knox* Circuit Court.

*Per Curiam.*—Suit against two, for a tort committed jointly. Several judgments for damages. This was error. Ind. Pr., p. 144. This case differs from *Johnson* v. *Vutrick*, 14 Ind. 216, in this: that here, the trial was a joint one, a single verdict, and the Court trying the cause had the whole matter before it. No plea, or motion, was required to bring before the Court any former judgment. See 2 Hilliard on Torts, p. 464, *et seq.;* 1 Archb. Pr. 218, 219; 6 T. Rep. 199, 200; 1 Wilson, 30, and 306.

The judgment is reversed, back to the issue, with costs. Cause remanded for a new trial, &c.

*Samuel Judah*, for the appellants.

*C. M. Allen* and *N. Usher*, for the appellee.